■ In the Matter of HARVEY P. BRANCHE et al., Appellants, v ROBERT P. WHALEN, as Commissioner of the Department of Health of the State of New York, Respondent. — Judgment unanimously affirmed, without costs, for reasons stated at Special Term, O'Donnell, J. (Appeal from judgment of Supreme Court, Jefferson County, O'Donnell, J. — art 78.) Present — Dillon, P. J., Simons, Hancock, Jr., Denman and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN GIL-LETTE, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J. — sodomy, first degree.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMMIE LEWIS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed. (See *Matter of Russo v New York State Bd. of Parole,* 50 NY2d 69, 77.) (Appeal from judgment of Supreme Court, Wyoming County, Conable, J. — habeas corpus.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ POTTER LUMBER CO., INC., Respondent, v EDGAR NEWMAN, JR., Individually and as Executor of EDGAR NEWMAN, SR., Deceased, Appellant and Third-Party Plaintiff-Appellant. POTTER LUMBER CO., INC., et al., Third-Party Defendants-Respondents. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Crowley, J. (and, see, *Buffalo Seminary v McCarthy,* 86 AD2d 435, 438-439). (Appeal from order of Supreme Court, Cattaraugus County, Crowley, J. — partial summary judgment.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.